

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DELBERT JAMES STRENGTH, | § | No. 08-24-00104-CR |
| Appellant, | § | Appeal from the |
| v. | § | 119th District Court |
| THE STATE OF TEXAS, | § | of Runnels County, Texas |
| Appellee. | § | (TC# 7177) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JUNE 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.